UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRINIDAD RIVERA-CORONA,<br><br>　　　　　　Defendant. | NO. CR-07-2020-LRS-1<br><br>**ORDER STAYING DEFENDANT'S 28 U.S.C.§ 2255 MOTION PENDING APPEAL** |

　　On July 19, 2008, Defendant Rivera-Corona, through counsel, filed a Notice of Appeal To The Ninth Circuit Court of Appeals (Ct. Rec. 265), appealing the Order and Judgment entered on July 10, 2008 (Ct. Rec. 258). On February 17, 2009, Defendant, proceeding *pro se*, filed a Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence By A Person In Federal Custody (Ct. Rec. 286).

　　**IT IS HEREBY ORDERED** that:

　　**1**.　Defendant's pending 28 U.S.C. §2255 Motion, Ct. Rec. 286, is hereby **STAYED** pending completion of Defendant's appeal at the Ninth Circuit Court of Appeals.

　　2.　The District Court Executive is directed to:

　　　　　　(a)　File this Order;

ORDER - 1

(b) Provide a copy to Defendant **AND TO** the United States Attorney, Yakima, Washington

**DATED** this ___11th___ day of March, 2010.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
Chief United States District Judge

ORDER - 2